# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KESHA TERRY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3360-S-BT |
| | § | |
| MARTIN HOFFMAN | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 20, 2021.

_____
**UNITED STATES DISTRICT JUDGE**