# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KESHA TERRY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3360-S-BT |
| | § | |
| MARTIN HOFFMAN | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 15]. Plaintiff filed an objection [ECF No. 17]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court **OVERRULES** Plaintiff's objection and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 25, 2021.

**UNITED STATES DISTRICT JUDGE**